**HYPERPHRASE TECHNOLOGIES, LLC and Hyperphrase Inc.,**
**Plaintiffs–Appellants,**

v.

**MICROSOFT CORPORATION,**
**Defendant–Appellee.**

**No. 04–1036.**

United States Court of Appeals, Federal Circuit.

Jan. 26, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).